James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
Janine L. Highiet-Ivicevic, SBN 254405
Deputy County Counsel
2222 M Street, Room 309
Merced, CA 95340
Tel: (209) 385-7564
Fax: (209) 726-1337
Email: Roger.Matzkind@countyofmerced.com; Janine.Highiet-Ivicevic@countyofmerced.com

Attorney for Defendant and Cross-Defendant, County of Merced

In the United States District Court

For the Eastern District of California, Fresno Division

| | |
|---|---|
| Deanne Moore, an individual,<br><br>Plaintiff,<br><br>v.<br><br>City of Merced, a public entity; County of Merced, a public entity; Cynthia Vasquez-Quilon, an individual; National Railroad Passenger Corporation; a district of Columbia Corporation; and Does 1-25 inclusive,<br><br>Defendants.<br><br>And all related Cross-Complaints. | Case No. 1:19-cv-1183-NONE-SKO<br><br>**Stipulation and Order to Dismiss County of Merced as to Third Cause of Action Only** |

WHEREAS, the County of Merced was served with the original complaint;

WHEREAS, the County of Merced initiated a meet and confer process prior to filing a demurrer in state court;

WHEREAS, Plaintiff filed but did not serve the First Amended Complaint;

| | |
|---|---|
| 1 | WHEREAS, Defendant/Cross-Complainant National Railroad Passenger |
| 2 | Corporation dba Amtrak, filed a Notice of Removal; |
| 3 | WHEREAS, the County of Merced initiated a meet and confer on the |
| 4 | unserved First Amended Complaint; |
| 5 | NOW THEREFORE, it is hereby stipulated by Plaintiff, Deanne Moore, |
| 6 | and Defendants/Cross-Defendants, County of Merced and Cynthia Vasquez- |
| 7 | Quillon, by and through their counsel of record, as follows: |

1. Plaintiff will dismiss the County of Merced from the Third Cause of Action for Premises Liability (Dangerous Condition of Public Property; and,

2. The County of Merced and its employee, Cynthia Vasquez-Quillon, will respond to the First Amended Complaint within twenty (21) days of the stipulation and dismissal being entered.

Dated: March 11, 2020         Ellis Law Corporation

By: /s/ Justina G. Ramon
Justina G. Ramon
Attorneys for Plaintiff,
Deanne Moore

Dated: January 8, 2020         James N. Fincher
Merced County Counsel

By: /s/ Janine L. Highiet-Ivicevic
Janine L. Highiet-Ivicevic
Deputy County Counsel
Attorneys for Defendants/Cross-Defendants, County of Merced and
Cynthia Vasquez-Quillon

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court has reviewed the stipulation to dismiss the County of Merced |
| 3 | from the Third Cause of Action for Premises Liability (Dangerous Condition of |
| 4 | Public Property) and upon finding good cause thereupon, it is hereby ordered as |
| 5 | follows: |
| 6 | 1. County of Merced is dismissed from the Third Cause of Action for |
| 7 | Premises Liability (Dangerous Condition of Public Property: and, |
| 8 | 2. The County of Merced and its employee, Cynthia Vasquez-Quillon, will |
| 9 | respond to the First Amended Complaint within twenty (21) days of the |
| 10 | stipulation and dismissal being entered. |

IT IS SO ORDERED.

Dated:   **March 16, 2020**         *Dale A. Drozd*
                                   UNITED STATES DISTRICT JUDGE