VINCENT CASTILLO, State Bar No. 209298
vcastillo@aghwlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendant and Cross-Claimant
NATIONAL RAILROAD PASSENGER CORPORATION
dba AMTRAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO COURTHOUSE

| | |
|---|---|
| DEANNE MOORE, an individual,<br><br>           Plaintiff,<br><br>   v.<br><br>CITY OF MERCED, a public entity; COUNTY OF MERCED, a public entity; CYNTHIA VASQUEZ-QUILON, an individual; NATIONAL RAILROAD PASSENGER CORPORATION, a district of Columbia Corporation; and DOES 1-25 inclusive,<br><br>           Defendants. | Case No. 1:19−CV−01183−NONE−SKO<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br>**(Doc. 27)**<br><br>Trial:    None Set |
| NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK,<br><br>           Cross-Complainant,<br><br>   v.<br><br>COUNTY OF MERCED, a public entity; CYNTHIA VASQUEZ-QUILON, an individual; and ROES 1-20, inclusive,<br><br>           Cross-Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys, to request that the Court extend the fact discovery deadline from December 21, 2020 to February 11, 2021 for the limited purpose of permitting the parties to take the depositions of the following fact witnesses: Gabriel Alex Garcia, Amtrak Engineer George Calota, and Amtrak Conductor Kevin Fields. The parties further request that the Expert Disclosure deadline be extended from February 18, 2021 to February 25, 2021.

The pre-trial deadlines are currently scheduled as follows [Doc. 21]:

1. **Fact Discovery Deadline: December 21, 2020**
2. **Expert Disclosure: February 18, 2021**
3. Expert Discovery Deadline: April 26, 2021
4. Motion Filing Deadline: May 10, 2021
5. Settlement Conference [Doc. 24]: May 20, 2021
6. Pretrial Conference: October 4, 2021
7. Trial Date: None Set

The parties respectfully request the following new fact discovery and expert disclosure deadlines:

1. **Fact Discovery Deadline: February 11, 2021**
2. **Expert Disclosure: February 25, 2021**

The parties request this limited extension of the fact discovery and expert disclosure deadlines because the COVID pandemic and associated shelter-in-place health orders have hindered discovery efforts and delayed the scheduling of these depositions. This is the parties' first request to modify the scheduling order.  The parties seek an extension of the fact discovery and expert disclosure deadlines not to delay this litigation but as a reasonable extension considering the effect of the shelter-in-place orders on discovery. The parties agree that the extension of the fact discovery deadline will apply only to the depositions of the three individuals identified above.

**IT IS SO STIPULATED.**

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

411645.1

2

STIPULATION AND ORDER TO AMEND SCHEDULING ORDER
CASE NO. 1:19−CV−01183−NONE−SKO

Dated: December 2, 2020            ELLIS LAW CORPORATION

                                   By: _/s/ Justina G. Ramon_____
                                       ANDREW L. ELLIS
                                       JUSTINA G. RAMON
                                       MELISA A. ROSADINI
                                       Attorneys for DEANNE MOORE


Dated:  December 2, 2020           ALLEN, GLAESSNER,
                                   HAZELWOOD & WERTH, LLP


                                   By: _/s/ Vincent Castillo_____
                                       VINCENT CASTILLO
                                       ALEXEI N. OFFILL-KLEIN
                                       Attorneys for Defendant and Cross-Claimant
                                       NATIONAL RAILROAD PASSENGER
                                       CORPORATION dba AMTRAK


Dated: December 2, 2020            OFFICE OF MERCED COUNTY COUNSEL


                                   By: __/s/ Janine Highiet_____
                                       JANINE HIGHIET
                                       Attorneys for Defendant and Cross-Defendant
                                       COUNTY OF MERCED and CYNTHIA
                                       VASQUEZ-QUILON

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

Case 1:19-cv-01183-NONE-SKO   Document 28   Filed 12/07/20   Page 4 of 5

## ORDER

The Court has reviewed the above "Stipulation to Amend Scheduling Order" (Doc. 27). For good cause shown, the Court GRANTS the parties' request and will modify the scheduling order (Doc. 21) and enlarge the fact discovery and expert disclosure deadlines as follows:

| Event | Prior Date | Continued Date |
| --- | --- | --- |
| Fact Discovery Completion | December 21, 2020 | February 11, 2021 |
| Expert Disclosure | February 18, 2021 | February 25, 2021 |

All other deadlines and dates shall remain as set.

IT IS SO ORDERED.

Dated:   **December 4, 2020**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO AMEND
SCHEDULING ORDER
CASE NO. 1:19−CV−01183−NONE−SKO

411645.1

# CERTIFICATE OF SERVICE
*Deanne Moore v. City of Merced et al.*
1:19−CV−01183−NONE−SKO

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is: 180 Montgomery Street, Suite 1200, San Francisco, California 94104. On December 2, 2020, I served the within:

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| Andrew L. Ellis<br>Justina G. Ramon<br>Melisa A. Rosadini<br>ELLIS LAW CORPORATION<br>2230 E. Maple Ave<br>El Segundo, CA 90245 | 310-641-3335  Phone<br>310-641-6664  Fax<br><br>aellis@alelaw.com; jramon@alelaw.com;<br>mrosadini@alelaw.com<br><br>*Attorney for Plaintiff DEANNE MOORE* |
| Janine L. Highiet<br>OFFICE OF MERCED COUNTY COUNSEL<br>2222 M Street, Room 309<br>Merced, CA  95340 | 209-385-7564  Phone<br>209-726-1337  Fax<br><br>Janine.Highiet@countyofmerced.com<br><br>*Attorney for Defendant and Cross-Defendants COUNTY OF MERCED and CYNTHIA VASQUEZ-QUILON* |

☒ Electronic Transmission: I electronically filed the foregoing with the Clerk of the Court for the United States Eastern District Court by using the CM/ECF system. I certify that all parties who have appeared in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on December 2, 2020, at San Francisco, California.

*/s/ Yesenia Sanchez*
Yesenia Sanchez

CERTIFICATE OF SERVICE